Case 2:12-cv-00889-RSL   Document 3   Filed 06/19/12   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBIN M. REITZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NEWSWEEK MAGAZINE, et al.,<br><br>  Defendants. | NO. C12-889-RSL<br><br><br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)   The Report and Recommendation is ADOPTED and APPROVED;

(2)   This action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

(3)   Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is DENIED as moot; and

(4)   The Clerk of the Court is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 19th day of June, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1